# IN THE SUPREME COURT OF ALABAMA



August 22, 2025

**SC-2024-0678**

EBSCO Industries, Inc. v. Michael R. Ballard, Ballard Contractors, Inc., and MRB Farms, LLC (Appeal from Tuscaloosa Circuit Court: CV-22-900707).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on August 22, 2025:

**APPLICATION OVERRULED. NO OPINION.** Sellers, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Mendheim, Cook, McCool, and Lewis, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on June 6, 2025:

**REVERSED AND REMANDED.** Sellers, J. – Wise, Mendheim, and McCool, JJ., concur. Sellers, J., concurs specially, with opinion. Cook J., concurs in part and concurs in the result, with opinion. Shaw, J., concurs in the result, with opinion, which Stewart, C.J., and Lewis, J., join. Bryan, J., concurs in the result.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*
**Clerk, Supreme Court of Alabama**